UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

|  |  |
|---|---|
| | Case No. |
| MIGUEL RINCON HERNANDEZ, <br>       Petitioner <br><br><br>       v. <br><br><br> LOUIS A. QUINONES, JR., in his official <br> capacity as Warden of the Orange County Jail; <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT; <br><br> ICE FIELD OFFICE DIRECTOR, <br> ORLANDO FIELD OFFICE, <br><br> UNITED STATES DEPARTMENT <br> OF HOMELAND SECURITY; <br><br>       Respondents. | |

**PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 AND
COMPLAINT FOR EMERGENCY INJUNCTIVE AND DECLARATORY RELIEF**

Petitioner, by and through undersigned counsel, files this consolidated and merged Petition for Writ of Habeas Corpus and Emergency Injunctive Relief, integrating the factual allegations, legal claims, and Rule 65 showing previously pled, and states:

**I. INTRODUCTION**

1. This is a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging the ongoing and unlawful detention of Petitioner Miguel Rincon Hernandez at the Orange County Jail in Orlando, Florida.

2. Petitioner is confined without any criminal charges, without a judicial warrant, and without lawful authority, solely based on an ICE immigration detainer—an administrative request that does not authorize detention.

3. Respondents have threatened and attempted to transfer Petitioner to ICE custody, which would irreparably deprive him of liberty and risk frustrating this Court's habeas jurisdiction.

4. Petitioner seeks immediate release and emergency injunctive relief preserving the status quo pending adjudication of this habeas action.

## II. JURISDICTION AND VENUE

5. This Court has jurisdiction under 28 U.S.C. §§ 1331, 2241, and 2243.

6. This Court is authorized to grant the writ and to dispose of the matter as law and justice require.

7. Venue is proper in this District because Petitioner is detained in Orange County, Florida, and Respondents exercise custody in this District.

## III. PARTIES

8. Petitioner Miguel Rincon Hernandez is a national of Venezuela lawfully present in the United States, currently detained at the Orange County Jail.

9. Respondent Louis A. Quinones, Jr. is the Warden of the Orange County Jail, responsible for Petitioner's day-to-day confinement.

10. Respondents DHS, ICE, and the ICE Orlando Field Office Director are responsible for civil immigration enforcement and the detainer at issue.

## IV. CUSTODY AND EXHAUSTION

12. Petitioner is "in custody" for purposes of 28 U.S.C. § 2241.

13. No adequate or available administrative remedy exists to challenge a local jail's detention based solely on an ICE detainer. Exhaustion is not required and would be futile.

## V. FACTUAL ALLEGATIONS

14. On January 8, 2026, Petitioner was arrested by the Orange County Sheriff's Office on the stated basis that he was allegedly "undocumented."

15. No criminal charges were filed. No probable cause affidavit exists. No judicial warrant was issued.

16. Petitioner has remained confined at the Orange County Jail without any written notice explaining the legal basis for his detention.

17. Upon information and belief, the sole basis for confinement is an ICE immigration detainer issued under 8 C.F.R. § 287.7.

18. Petitioner is lawfully present in the United States, possesses a valid Florida driver license, Social Security number, and employment authorization, and has a pending asylum application. Petitioner also had valid and approved temporary protected status from 2021 to 2022. **See Exhibit A**

19. Respondents have indicated intent to transfer Petitioner to ICE custody before this Court can adjudicate the legality of his detention.

## VI. LEGAL FRAMEWORK AND CLAIMS

A. Habeas Relief Is Available for Unlawful Civil Detention

20. Habeas relief under § 2241 extends to unconstitutional restraints on liberty imposed by state actors acting under color of federal authority.

B. ICE Detainers Do Not Authorize Local Detention

21. An ICE detainer is a request, not a warrant, and confers no independent authority to detain an individual.

22. Detention based solely on a detainer violates the Fourth Amendment and due process.

C. Fourth Amendment – Unreasonable Seizure

23. Petitioner's detention without criminal charges, probable cause, or a judicial warrant constitutes an unreasonable seizure.

D. Fifth and Fourteenth Amendments – Due Process

24. Petitioner has been deprived of liberty without notice, hearing, or lawful process.

E. Ultra Vires Detention

25. Local jail officials lack authority to effectuate civil immigration detention absent lawful federal process.

## VII. EMERGENCY INJUNCTIVE RELIEF (RULE 65)

26. Petitioner incorporates all prior allegations as if fully set forth herein.

27. Temporary and preliminary injunctive relief are warranted because Petitioner satisfies all four required elements under Eleventh Circuit precedent:

**A. Substantial Likelihood of Success on the Merits**

28. Petitioner is detained without criminal charges, without a judicial warrant, and solely on the basis of an ICE detainer, which is expressly defined by federal regulation as a request and not a command. See 8 C.F.R. § 287.7.

29. Numerous federal courts have held that detention based solely on an ICE detainer violates the Fourth Amendment and due process, and local jailers lack independent authority to effectuate civil immigration detention.

30. Federal courts across the country have overwhelmingly rejected the Government's position that noncitizens who entered through the border and are lawfully present— whether through Temporary Protected Status ("TPS"), parole, or pending asylum—are subject to mandatory detention without judicial review. Instead, courts have repeatedly held that such individuals are detained, at most, under 8 U.S.C. § 1226(a) and are therefore entitled to habeas relief in the form of release or a bond hearing.

31. In Reyes v. Rose, No. CV 25-7138, 2026 WL 75816, at *1 n.1 (E.D. Pa. Jan. 9, 2026), the court squarely rejected the Government's mass-detention theory and held that the petitioner—who, like Petitioner here, was lawfully present and not subject to removal— was entitled to habeas relief and a bond hearing. The Reyes court further observed the extraordinary and lopsided judicial consensus rejecting the Government's position, noting:

   "As of January 5, 2026, 308 judges have ruled against the Government's mass detention policy — ordering release or bond hearings in more than 1,600 cases — while just 14 judges have sided with the Government's position." *Id.*

32. This stark statistic is not merely persuasive—it is dispositive evidence that the Government's detention theory is an extreme outlier that has been repeatedly repudiated by the federal judiciary. Courts have consistently recognized that lawful presence forecloses detention based solely on immigration status, and that detention without a warrant, criminal charge, or bond hearing violates both the Fourth Amendment and due process.

33. The Middle District of Florida has expressly adopted this reasoning. In granting temporary restraining order relief in a materially indistinguishable habeas case, the Court recognized that noncitizens with TPS and/or pending asylum applications are not subject to mandatory detention, and that continued confinement without a bond hearing is likely unlawful. The Court relied on Reyes as persuasive authority and emphasized that individuals in Petitioner's position are, at minimum, entitled to habeas relief and judicial review of custody.

34. Here, as in Reyes and the more than 1,600 cases nationwide rejecting the Government's position, Petitioner is lawfully present in the United States, is not subject to removal, and is being detained without criminal charges, without a judicial warrant, and without any statutory authority permitting mandatory detention. Given the overwhelming judicial consensus, Petitioner has demonstrated far more than a "substantial likelihood" of

success—he has shown that the Government's detention theory has been nearly universally rejected by federal courts.

## B. Irreparable Harm

35. The loss of physical liberty constitutes irreparable harm as a matter of law. Each additional day of unlawful confinement inflicts harm that cannot be remedied by monetary damages.

36. Transfer to ICE custody would irreversibly alter Petitioner's custodial status, subject him to continued civil detention without judicial process, and risk mooting or frustrating this Court's habeas jurisdiction.

## C. Balance of Harms

37. The balance of equities weighs decisively in Petitioner's favor. Enjoining transfer merely preserves the status quo and imposes minimal burden on Respondents.

38. By contrast, denial of injunctive relief exposes Petitioner to continued unlawful detention and the risk of jurisdictional evasion through transfer.

## D. Public Interest

39. The public has a compelling interest in ensuring that detention occurs only pursuant to lawful authority and constitutional safeguards.

40. Preserving the status quo while this Court adjudicates the legality of Petitioner's detention advances, rather than undermines, the public interest.

## VIII. REQUESTED RELIEF

Petitioner respectfully requests that the Court:

a.) Issue a writ of habeas corpus directing Respondents to immediately release Petitioner;

b.) Enter a temporary restraining order and/or preliminary injunction prohibiting Respondents from transferring Petitioner from Orange County Jail custody pending resolution of this action;

c.) Declare that Petitioner's detention based solely on an ICE detainer is unlawful;

d.) Order expedited proceedings under 28 U.S.C. § 2243;

e.) Grant such other relief as the Court deems just and proper.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 22nd, 2026, I electronically served a copy of the foregoing on the Warden, Orange County Jail, 3723 Vision Blvd., Orlando, FL 32839 and

ccd@ocfl.net,OCCDRecords@ocfl.net, and ICE-Orlando Field Office
Miami.Outreach@ice.dhs.gov , Orlando.DutyAtty@ice.dhs.gov


**THE ARROYO LAW FIRM**
390 N Orange Ave. Suite 625
Orlando, FL 32801
Phone: 407-770-9000
Fax: 407-901-0709

/s/ Phillip Arroyo
PHILLIP ARROYO, ESQ.
Florida Bar No. 1022409
Phillip@ChillCallPhil.com
Josephine@ChillCallPhil.com

Attorney for Defendant

# EXHIBIT A





Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number | USCIS Account Number | Case Type |
|---|---|---|
| IOE0926497011 | 042523205523 | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| Received Date | Priority Date | Applicant  A213 249 612 |
| 06/27/2024 | 06/27/2024 | RINCON HERNANDEZ, MIGUEL ANGEL |
| Notice Date | Page | |
| 10/01/2025 | 1 of 1 | |

RINCON HERNANDEZ, MIGUEL ANGEL
c/o MR MIGUEL A RINCON HERNANDEZ
2630 INTERLOCK DR
KISSIMMEE FL 34741

**Notice Type:** Approval Notice
Class: C08
Valid from 09/30/2025 to 09/29/2030

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

**We have approved your application for employment authorization.** We will send your Employment Authorization Document (EAD) (also known as an EAD card or Form I-766) to you separately. Your EAD card should be produced within one to two weeks. Your EAD card will be mailed via U.S. Postal Service (USPS) Priority Mail with Delivery Confirmation to the address you designated. The time frame in which you will receive your EAD card may vary, depending on USPS delivery times. Please allow a total of 30 days from approval before inquiring with USCIS. We encourage you to use Case Status Online https://egov.uscis.gov/ to find your USPS tracking number for EAD card delivery. If you have not received your EAD card within this time frame, please visit https://egov.uscis.gov/e-request/Intro.do for instructions on how to submit an inquiry.

Your EAD card is proof that you are allowed to work in the United States. Show the card to your employer to verify your authorization to work during the dates on the card. You cannot use this approval notice as proof of your employment authorization.

When you receive your EAD card, please check that all the information on the card is correct. If you need to change any information on the card, please mail all of the following to the office listed below:

- A letter explaining what information needs to be corrected,
- Your EAD card,
- A photocopy of this notice, and
- Evidence to show what the correct information should be. For example, if you need to correct your name, submit a copy of your birth certificate or official name change.

**If You Have a Pending Form I-485**

If you have a pending or approved Form I-140 and a pending Form I-485, you may request to change employers if your Form I-485 has been pending for at least 180 days. In order to do so, you need to submit documentation about your new job offer. For more information on how to request a change of employers and what information you must submit, please visit the USCIS website at www.uscis.gov.

If your EAD card expires before we make a final decision on your Form I-485, you may apply for a new EAD card.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION.**

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001



USCIS Contact Center: www.uscis.gov/contactcenter



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | USCIS Account Number | Case Type |
|---|---|---|
| IOE0912096583 | 042523205523 | I821 - APPLICATION FOR TEMPORARY PROTECTED STATUS |
| **Received Date** 06/01/2021 | **Priority Date** 06/01/2021 | **Applicant** A213 249 612 RINCON HERNANDEZ, MIGUEL ANGEL |
| **Notice Date** 09/01/2022 | **Page** 1 of 2 | |

RINCON HERNANDEZ, MIGUEL ANGEL
c/o MR MIGUEL A RINCON HERNANDEZ
1620 COLUMBIA ARMS CIR APT 261
KISSIMMEE FL 34741

**Notice Type:** Approval Notice
Valid from: 08/31/2022 to 09/09/2022

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

You have been granted Temporary Protected Status (TPS) under section 244 of the Immigration and Nationality Act. The benefits of TPS are temporary protection from removal (or deportation), employment authorization in the United States, and the opportunity to apply for travel authorization.

Attached to this notice is a Form I-94 indicating your Temporary Protected Status in the United States. The I-94 is valid until the expiration date shown on it.

If you requested an employment authorization document (EAD) pursuant to your registration for TPS, you will receive a separate notice containing the decision on that request. If your EAD request is approved, you will be issued an EAD that will be valid until the expiration date shown on the EAD itself. The EAD will serve as evidence of your TPS and employment authorization.

If the TPS designation is extended, you must re-register with U.S. Citizenship and Immigration Services (USCIS) within the time period designated for re-registration. If you wish to obtain an EAD valid for the time period of the extended TPS designation, you must also apply for an EAD during the filing period(s) described in the applicable Federal Register notice (FRN). The FRN notice will provide guidance on required forms and application fees to re-register for TPS and to apply for a new EAD. You should also pay close attention to any future FRNs issued by USCIS regarding your country's TPS, including any information that may be included in such notices about possible automatic extensions of the validity date(s) on EADs.

Failure to re-register during a TPS extension re-registration period may result in the withdrawal of your TPS and may result in removal proceedings being initiated against you.

While you are under Temporary Protected Status, you:

(1)  will not be removed from the United States;
(2)  have work authorization and will be granted evidence of work authorization, if you have submitted an EAD request with the required fee, that is valid until the expiration of the time period designated for your Temporary Protected Status;
(3)  will be considered as being in, and maintaining, lawful status as a nonimmigrant for purposes of adjustment of status under section 245 of the Act and for change of status under section 248 of the Act;
(4)  will not be considered to be permanently residing in the United States under the code of law;
(5)  may be deemed ineligible for public assistance by a state or any political subdivision thereof which furnishes such assistance; and
(6)  may not depart the United States without prior approval of the Attorney General of the United States.

PLEASE NOTE: As long as you remain eligible for Temporary Protected Status and you maintain your status by complying with the registration requirements, you will be allowed to remain and work in the United States until the end of the period of the time designated for your Temporary Protected Status.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Potomac Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
2200 Potomac Center Dr
MS 2425
Arlington VA 20598-2425



USCIS Contact Center: www.uscis.gov/contactcenter

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | USCIS Account Number | Case Type |
|---|---|---|
| IOE0912096583 | 042523205523 | I821 - APPLICATION FOR TEMPORARY PROTECTED STATUS |
| Received Date | Priority Date | Applicant A213 249 612 |
| 06/01/2021 | 06/01/2021 | RINCON HERNANDEZ, MIGUEL ANGEL |
| Notice Date | Page | |
| 09/01/2022 | 2 of 2 | |

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Potomac Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
2200 Potomac Center Dr
MS 2425
Arlington VA 20598-2425



USCIS Contact Center: www.uscis.gov/contactcenter

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number ZMI2042837450 | | Case Type I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|---|
| Received Date 09/17/2019 | Priority Date | Applicant A213 249 612 RINCON HERNANDEZ, MIGUEL ANGEL |
| Notice Date 10/21/2019 | Page 1 of 1 | |

MIGUEL RINCON HERNANDEZ
c/o YURI VALENZUELA
PREMIER IMMIGRATION SOLUTIONS
635 N HYER AVE
ORLANDO FL 32803

**Notice Type:** Receipt Notice

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 Application for Asylum and Withholding of Removal was received and is pending as of 09/17/2019. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the Asylum Office at the below address or using the USCIS Online Change of Address system at https://egov.uscis.gov/coa/displayCOAForm.do. You will receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear at an Application Support Center for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization, and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.

| Alien Number | Name |
|---|---|
| A213 249 612 | RINCON HERNANDEZ, MIGUEL |



Please see the additional information on the back. You will be notified separately about any other cases you filed.

Miami Asylum Office
U. S. CITIZENSHIP & IMMIGRATION SVC
1501 Biscayne Blvd, Suite 300
Miami FL 33132

USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Notice to Applicants - APPLICANT COPY | CASE TYPE<br>I821 - APPLICATION FOR TEMPORARY PROTECTED STATUS | | NOTICE DATE<br>11/11/2022 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>IOE0918274041 | | USCIS A#<br>A213 249 612 | CODE<br>N/A |
| ACCOUNT NUMBER<br>042523205523 | TCR | SERVICE CENTER<br>YSC | PAGE<br>1 of 1 |

MIGUEL ANGEL RINCON HERNANDEZ
c/o MR MIGUEL A RINCON HERNANDEZ
1620 COLUMBIA ARMS CIRCLE APT 261
KISSIMMEE  FL  34741

U.S. Citizenship and Immigration Services (USCIS) has received your form and is currently processing your application, petition, or request. This notice informs you that USCIS is able to reuse your previously captured fingerprints and other biometrics. USCIS will run the same security checks and use your biometric data as in the past; however, **it is not necessary for you to appear at a USCIS Application Support Center (ASC) for a biometrics appointment.** The biometrics fee will not be refunded.

USCIS is continuing to process your application, petition, or request. USCIS will contact you in writing if any additional information is necessary to resolve your case.

This notice is not an approval of your pending application, petition, or request.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addressschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

If you have a pending N-400 application, find more information and study materials by visiting the Citizenship Resource Center at uscis.gov/citizenship.

APPLICATION NUMBER
I821 - IOE0918274041



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21

U.S. Department of Homeland Security

# Order of Release on Recognizance

File No.: A213 249 612
Date: July 09, 2019
Event No: EPS1907000207

Name: MIGUEL ANGEL RINCON-HERNANDEZ

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

☒ You must report for any hearing or interview as directed by the Department of Homeland Security or the Executive Office for Immigration Review.

☒ You must surrender for removal from the United States if so ordered.

☒ You must report in (writing) (person) to     NON DETAINED UNIT, OFFICER ON DUTY
                                                    (Name and Title of Case Officer)

at 9495 DELEGATES DRIVE, ORLANDO, FL 32837      on    08/12/2019      at    08:00 AM
     (Location of DHS Office)                              (Day of each week/month)              (Time)

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

☒ You must not change your place of residence without first securing written permission from the immigration officer listed above.
☒ You must not violate any local, State, or Federal laws or ordinances.
☒ You must assist the Department of Homeland Security in obtaining any necessary travel documents.
☐ Other: _____

☐ See attached sheet containing other specified conditions   (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by the Department of Homeland Security.**

_____
(Signature of DHS Official)

SCOTT E. LINDSAY
PATROL AGENT IN CHARGE (ACTING)
(Printed Name and Title of Official)

## Alien's Acknowledgment of Conditions of Release on Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the     SPANISH     language)
and understand the conditions of my release as set forth in this order. I further understand that if I do not comply with these conditions, the Department of Homeland Security may revoke my release without further notice.

FLORENCIO MONTELLANO                                                                7.9.19
(Signature of Immigration Officer Serving Order)          (Signature of Alien)                    (Date)

## Cancellation of Order

I hereby cancel this order of release because: ☐ The alien failed to comply with the conditions of release.
☐ The alien was taken into custody for removal. _____

_____          _____
(Signature of Immigration Officer Canceling Order)          (Date)

Form I-220A (Rev. 08/01/07) N



Date: _10/8/19_ Reported to ICE-Miramar ERO/Negative NCIC/NRD _5/12/2020 @ h au_

**Reported to ICE/ERO/ORL**
**Enrolled in CART**

Officer #_____ Date: _6/20/23_

## Case Details

| | | |
|---|---|---|
| **A-Number :** 213-249-612 | **Charging Document Date :** 07/09/2019 | **Case Type :** REMOVAL (RMV) |
| **US Entry Date :** 07/09/2019 | **Lead A-Number :** 213-249-612 | **Input Date :** 06/20/2023 |
| **E33 Docket :** NO | **DD :** NO | |
| **Base City :** ORL - IMMIGRATION COURT | **Hearing Loc :** ORLANDO,FL (ORL) | |
| **DHS Loc :** ORLANDO, FLORIDA - AIRPORT (ORL) | | |

| | | |
|---|---|---|
| **Name (L, F) :** RINCON-HERNANDEZ, MIGUEL ANGEL | | **Suffix :** |
| **Alias :** | | **Gender :** Male |
| **Nationality :** VENEZUELA (VE) | **Date of Birth :** 09/10/1983 | |
| **Language :** SPANISH (SP) | **Battered :** NO | |
| **Country :** UNITED STATES OF AMERICA (USA) | **In Care of :** | |
| **Address :** 10919 MOSS PARK RD APT 818 | | |
| **City :** ORLANDO | **State :** FL | **Zip Code :** 32832 |
| **Phone :** (786) 266-1970 | **Email :** | |

**Charges:** 212a06Ai

**Noncitizen Status :** You are an alien in the United States who has not been admitted or paroled

**NTA issued because INA section 235(b)(1) expedited removal order was vacated :**

-- N/A --

| | |
|---|---|
| **Asylum Received Date :** -- N/A -- | **Elapsed Days :** 0 |
| **In Person/ Mail :** Mail | **Grounds :** -- N/A -- |
| **Projected 180th Date :** -- N/A -- | **EAD Clock Status :** -- N/A -- |

| | |
|---|---|
| **Hearing Date :** 09/24/2025 | **Hearing Address :** 3535 LAWTON ROAD, SUITE 200 ORLANDO, FL 32803 |
| **Hearing Time :** 8:30 AM | **Webex URL :** -- N/A -- |
| **Hearing Type :** INITIAL MASTER | **Phone Number :** -- N/A -- |
| **Hearing Location :** ORLANDO, FLORIDA | **Access Code :** -- N/A -- |

Signature of DHS Official Forwarding Application

U.S. Department of Homeland Security

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID:366002393          FINS #:1114498051          File No: A213 249 612

DOB: 09/10/1983          Event No:EPS1907000207

In the Matter of:

Respondent:    MIGUEL ANGEL RINCON-HERNANDEZ _____ currently residing at:

10919 MOSS PARK RD UNIT 818   ORLANDO, FLORIDA, UNITED STATES 32832          (786)266-1970
(Number, street, city and ZIP code)                                    (Area code and phone number)

- [ ] 1. You are an arriving alien.
- [x] 2. You are an alien present in the United States who has not been admitted or paroled.
- [ ] 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
1.   You are not a citizen or national of the United States;
2.   You are a native of VENEZUELA and a citizen of VENEZUELA ;
3.   You arrived in the United States at or near EL PASO, TEXAS, on or about July 9, 2019;
4.   You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

- [ ] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.
- [ ] Section 235(b)(1) order was vacated pursuant to:   [ ] 8CFR 208.30(f)(2)  [ ] 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
3535 Lawton Road Suite 200 Orlando FL US 32803

_____
(Complete Address of Immigration Court, including Room Number, if any)

on a date to be set   at a time to be set to show why you should not be removed from the United States based on the
(Date)              (Time)

charge(s) set forth above.          SCOTT E. LINDSAY          PATROL AGENT IN CHARGE (ACTING)
                                    (Signature and Title of Issuing Officer)

Date: July 09, 2019          Las Cruces, New Mexico
                                    (City and State)

**See reverse for important information**          Form I-862 (Rev. 08/01/07) N

#### Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

#### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _____    _____
                                                  *(Signature of Respondent)*

_____    Date: _____
    *(Signature and Title of Immigration Officer)*

---

#### Certificate of Service

This Notice To Appear was served on the respondent by me on ___July 09, 2019___, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

[x] in person        [ ] by certified mail, returned receipt requested        [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[x] Attached is a list of organizations and attorneys which provide free legal services.

The alien was provided oral notice in the ___Spanish___ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

FLORENCIO MONTELLANO    SENIOR PATROL AGENT

_____        _____
  *(Signature of Respondent if Personally Served)*          *(Signature and Title of officer)*

Form I-862 Page 2 (Rev. 08/01/07) N

U.S. Department of Homeland Security

**Notice to EOIR: Alien Address**

Date: July 09, 2019                          File No: A213 249 612

Event No: EPS1907000207

To:    Office of the Immigration Judge
       Executive Office for Immigration Review

       3535 Lawton Road Suite 200

       Orlando, FLORIDA

From: Department of Homeland Security

       DISTRICT DIRECTOR 1545 HAWKINS, SUITE 167

       El Paso, TEXAS 79925
              MIGUEL ANGEL RINCON-HERNANDEZ
Respondent:

---

**This is to notify you that this respondent is:**

☐ Currently incarcerated by other than DHS. A charging document has been served on the respondent and an Immigration Detainer - Notice of Action by the DHS (Form I-247) has been filed with the institution shown below. He/She is incarcerated at:

_____

_____

_____

His/Her anticipated release date is: _____

☐ Currently detained by DHS at: _____

_____

☐ Currently detained by DHS and transferred this date to a new location: _____

**DHS motion for change of venue attached.** ☐ Yes   ☐ No

☒ Released from DHS custody on the following condition(s):

　　☐ Personal recognizance

　　☒ Order of recognizance (Form I-220A)

　　☐ Bond in the amount of $ _____   ☐ Surety bond   ☐ Cash bond

　　☐ Other _____

☒ Upon release from DHS custody, the respondent reported his/her address and telephone number will be:

10919 MOSS PARK RD UNIT 818

ORLANDO FLORIDA 32832

786-266-1970

☒ Upon release from DHS custody, the respondent was reminded of the requirements contained in section 239(a)(1)(F)(ii) of the Immigration and Nationality Act and was provided with an EOIR change of address form (EOIR - 33).

　　　　　　　　　　　　　　SENIOR PATROL AGENT
(Signature of DHS official)                    (Title of DHS official)

FLORENCIO MONTELLANO                    Las Cruces, NM
(Printed name of DHS official)                    (Location)

Form I-830 (Rev. 08/01/07) N

213 249 612

U.S. Department of Homeland Security

Immigration and Customs Enforcement

Continuation Page

I-220A

8/12/9    Reported / ICE-ERO / NRD:    August 20, 2019 to Miramar ERO

Date: 6/8/21 Reported to ICE-Miramar ERO/Negative NCIC/NRD 6/8/22 at 10:10 Am

Date: 6/21/22 Reported to Miramar/ICE/ERO/negative NCIC OFFICER: # 6/20/23 AT 11:00 Am GO

_____    8/12/9
Signature of ICE Official / Title    Date

E OIR
ORLANDO

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ATD ENROLLMENT - NOTICE TO ALIEN

| Name: | Field Office: | A Number: |
|---|---|---|
| Rincon-Hernandez, Miguel Angel | MIA-ORL ERO | 213 249 612 |

Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.

If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under

*18 U.S.C. § 1361 – Whoever willfully injures or commits any depredation against any property of the United States, or of any department or agency thereof, or any property which has been or is being manufactured or constructed for the United States, or any department or agency thereof, or attempts to commit any of the foregoing offenses, shall be punished as follows:*

*If the damage or attempted damage to such property exceeds the sum of $1,000, by a fine under this title or imprisonment for not more than ten years, or both; if the damage or attempted damage to such property does not exceed the sum of $1,000, by a fine under this title or by imprisonment for not more than one year, or both.*

and/or

*18 U.S.C. § 641 – Whoever embezzles, steals, purloins, or knowingly converts to his use or the use of another, or without authority, sells, conveys or disposes of any record, voucher, money, or thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof; or*

*Whoever receives, conceals, or retains the same with intent to convert it to his use or gain, knowing it to have been embezzled, stolen, purloined or converted —*

*Shall be fined under this title or imprisoned not more than ten years, or both; but if the value of such property in the aggregate, combining amounts from all the counts for which the defendant is convicted in a single case, does not exceed the sum of $1,000, he shall be fined under this title or imprisoned not more than one year, or both.*

*The word "value" means face, par, or market value, or cost price, either wholesale or retail, whichever is greater.*

| RECORD OF SERVICE | | |
|---|---|---|
| Served By: (Print Name and Title of Officer) | | Date: |
| P. Velez Deportation Officer | | 06/23/2025 |
| Officer's Signature: | Location of Service: | |
| | Orlando, FL | |
| Served On: (Alien's Signature) | | Date: |
| | | 06/23/2025 |

ICE Form 71-071 (10/20)                                                                 Page 1 of 1

10/6/25, 10:00 AM                    FOAS Appointment Confirmation - Field Office Appointment Scheduler 2.0

# Appointment Confirmed:

## Thursday, October 29, 2026 08:00AM (EST)

## Confirmation # FOAS1416785

Please keep this confirmation number for your records.

## Selected Location:

**ORLANDO CO-LO OFFICE (ORL)**
9495 DELEGATES DRIVE
ORLANDO, FL 32837

📞 (407) 440-5100

✉ ICE-ERO-MIA-ORL-ScheduleAppt-SMB@ice.dhs.gov

## Appointment Information:

👤 Name: **RINCON-HERNANDEZ, MIGUEL**

🪪 Alien Number: **213249612**

🪪 Subject ID: **366002393**

🪪 Case ID: **17696249**

ℹ Appointment Type: **Non-Detained Single**

## Appointment Instructions:

**Please bring any Identification Documents with you, to include Passport(s), birth certificate(s), cedula(s) and any immigration related documents. No cell phones are allowed inside the building. Thank you.**





**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number | USCIS Account Number | Case Type |
|---|---|---|
| IOE0926497011 | 042523205523 | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| **Received Date** | **Priority Date** | **Applicant** A213 249 612 |
| 06/27/2024 | 06/27/2024 | RINCON HERNANDEZ, MIGUEL ANGEL |
| **Notice Date** | **Page** | |
| 10/01/2025 | 1 of 1 | |

RINCON HERNANDEZ, MIGUEL ANGEL
c/o MR MIGUEL A RINCON HERNANDEZ
2630 INTERLOCK DR
KISSIMMEE FL 34741

**Notice Type:** Approval Notice
Class: C08
Valid from 09/30/2025 to 09/29/2030

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

**We have approved your application for employment authorization.** We will send your Employment Authorization Document (EAD) (also known as an EAD card or Form I-766) to you separately. Your EAD card should be produced within one to two weeks. Your EAD card will be mailed via U.S. Postal Service (USPS) Priority Mail with Delivery Confirmation to the address you designated. The time frame in which you will receive your EAD card may vary, depending on USPS delivery times. Please allow a total of 30 days from approval before inquiring with USCIS. We encourage you to use Case Status Online https://egov.uscis.gov/ to find your USPS tracking number for EAD card delivery. If you have not received your EAD card within this time frame, please visit https://egov.uscis.gov/e-request/Intro.do for instructions on how to submit an inquiry.

Your EAD card is proof that you are allowed to work in the United States. Show the card to your employer to verify your authorization to work during the dates on the card. You cannot use this approval notice as proof of your employment authorization.

When you receive your EAD card, please check that all the information on the card is correct. If you need to change any information on the card, please mail all of the following to the office listed below:

- A letter explaining what information needs to be corrected,
- Your EAD card,
- A photocopy of this notice, and
- Evidence to show what the correct information should be. For example, if you need to correct your name, submit a copy of your birth certificate or official name change.

**If You Have a Pending Form I-485**

If you have a pending or approved Form I-140 and a pending Form I-485, you may request to change employers if your Form I-485 has been pending for at least 180 days. In order to do so, you need to submit documentation about your new job offer. For more information on how to request a change of employers and what information you must submit, please visit the USCIS website at www.uscis.gov.

If your EAD card expires before we make a final decision on your Form I-485, you may apply for a new EAD card.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION.**

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001



USCIS Contact Center: www.uscis.gov/contactcenter



Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | USCIS Account Number | Case Type |
|---|---|---|
| IOE0912096583 | 042523205523 | I821 - APPLICATION FOR TEMPORARY PROTECTED STATUS |
| **Received Date** | **Priority Date** | Applicant A213 249 612 |
| 06/01/2021 | 06/01/2021 | RINCON HERNANDEZ, MIGUEL ANGEL |
| **Notice Date** | **Page** | |
| 09/01/2022 | 1 of 2 | |

RINCON HERNANDEZ, MIGUEL ANGEL
c/o MR MIGUEL A RINCON HERNANDEZ
1620 COLUMBIA ARMS CIR APT 261
KISSIMMEE FL 34741

**Notice Type:** Approval Notice
Valid from: 08/31/2022 to 09/09/2022

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

You have been granted Temporary Protected Status (TPS) under section 244 of the Immigration and Nationality Act. The benefits of TPS are temporary protection from removal (or deportation), employment authorization in the United States, and the opportunity to apply for travel authorization.

Attached to this notice is a Form I-94 indicating your Temporary Protected Status in the United States. The I-94 is valid until the expiration date shown on it.

If you requested an employment authorization document (EAD) pursuant to your registration for TPS, you will receive a separate notice containing the decision on that request. If your EAD request is approved, you will be issued an EAD that will be valid until the expiration date shown on the EAD itself. The EAD will serve as evidence of your TPS and employment authorization.

If the TPS designation is extended, you must re-register with U.S. Citizenship and Immigration Services (USCIS) within the time period designated for re-registration. If you wish to obtain an EAD valid for the time period of the extended TPS designation, you must also apply for an EAD during the filing period(s) described in the applicable Federal Register notice (FRN). The FRN notice will provide guidance on required forms and application fees to re-register for TPS and to apply for a new EAD. You should also pay close attention to any future FRNs issued by USCIS regarding your country's TPS, including any information that may be included in such notices about possible automatic extensions of the validity date(s) on EADs.

Failure to re-register during a TPS extension re-registration period may result in the withdrawal of your TPS and may result in removal proceedings being initiated against you.

While you are under Temporary Protected Status, you:

(1) will not be removed from the United States;
(2) have work authorization and will be granted evidence of work authorization, if you have submitted an EAD request with the required fee, that is valid until the expiration of the time period designated for your Temporary Protected Status;
(3) will be considered as being in, and maintaining, lawful status as a nonimmigrant for purposes of adjustment of status under section 245 of the Act and for change of status under section 248 of the Act;
(4) will not be considered to be permanently residing in the United States under the code of law;
(5) may be deemed ineligible for public assistance by a state or any political subdivision thereof which furnishes such assistance; and
(6) may not depart the United States without prior approval of the Attorney General of the United States.

PLEASE NOTE: As long as you remain eligible for Temporary Protected Status and you maintain your status by complying with the registration requirements, you will be allowed to remain and work in the United States until the end of the period of the time designated for your Temporary Protected Status.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Potomac Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
2200 Potomac Center Dr
MS 2425
Arlington VA 20598-2425



USCIS Contact Center: www.uscis.gov/contactcenter

Department of Homeland Security
U.S. Citizenship and Immigration Services

THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | USCIS Account Number | Case Type |
|---|---|---|
| IOE0912096583 | 042523205523 | I821 - APPLICATION FOR TEMPORARY PROTECTED STATUS |

| Received Date | Priority Date | Applicant A213 249 612 |
|---|---|---|
| 06/01/2021 | 06/01/2021 | RINCON HERNANDEZ, MIGUEL ANGEL |

| Notice Date | Page | |
|---|---|---|
| 09/01/2022 | 2 of 2 | |

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Potomac Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
2200 Potomac Center Dr
MS 2425
Arlington VA 20598-2425



USCIS Contact Center: www.uscis.gov/contactcenter

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number ZMI2042837450 | | Case Type I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|---|
| Received Date 09/17/2019 | Priority Date | Applicant A213 249 612 RINCON HERNANDEZ, MIGUEL ANGEL |
| Notice Date 10/21/2019 | Page 1 of 1 | |

MIGUEL RINCON HERNANDEZ
c/o YURI VALENZUELA
PREMIER IMMIGRATION SOLUTIONS
635 N HYER AVE
ORLANDO FL 32803

**Notice Type:** Receipt Notice

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

\*\*\* ACKNOWLEDGEMENT OF RECEIPT \*\*\*

Your complete Form I-589 Application for Asylum and Withholding of Removal was received and is pending as of 09/17/2019. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the Asylum Office at the below address or using the USCIS Online Change of Address system at https://egov.uscis.gov/coa/displayCOAForm.do. You will receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear at an Application Support Center for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization, and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.

| Alien Number | Name |
|---|---|
| A213 249 612 | RINCON HERNANDEZ, MIGUEL |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Miami Asylum Office
U. S. CITIZENSHIP & IMMIGRATION SVC
1501 Biscayne Blvd, Suite 300
Miami FL 33132



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 04/01/19



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Notice to Applicants - APPLICANT COPY | CASE TYPE<br>I821 - APPLICATION FOR TEMPORARY PROTECTED STATUS | | NOTICE DATE<br>11/11/2022 |
| --- | --- | --- | --- |
| APPLICATION/PETITION/REQUEST NUMBER<br>IOE0918274041 | | USCIS A#<br>A213 249 612 | CODE<br>N/A |
| ACCOUNT NUMBER<br>042523205523 | TCR | SERVICE CENTER<br>YSC | PAGE<br>1 of 1 |

MIGUEL ANGEL RINCON HERNANDEZ
c/o MR MIGUEL A RINCON HERNANDEZ
1620 COLUMBIA ARMS CIRCLE APT 261
KISSIMMEE  FL  34741

U.S. Citizenship and Immigration Services (USCIS) has received your form and is currently processing your application, petition, or request. This notice informs you that USCIS is able to reuse your previously captured fingerprints and other biometrics. USCIS will run the same security checks and use your biometric data as in the past; however, **it is not necessary for you to appear at a USCIS Application Support Center (ASC) for a biometrics appointment.** The biometrics fee will not be refunded.

USCIS is continuing to process your application, petition, or request. USCIS will contact you in writing if any additional information is necessary to resolve your case.

This notice is not an approval of your pending application, petition, or request.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

If you have a pending N-400 application, find more information and study materials by visiting the Citizenship Resource Center at uscis.gov/citizenship.

APPLICATION NUMBER
I821 - IOE0918274041



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21

U.S. Department of Homeland Security

# Order of Release on Recognizance

File No: A213 249 612
Date: July 09, 2019
Event No:EPS1907000207

Name: MIGUEL ANGEL RINCON-HERNANDEZ

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

☒ You must report for any hearing or interview as directed by the Department of Homeland Security or the Executive Office for Immigration Review.

☒ You must surrender for removal from the United States if so ordered.

☒ You must report in (writing) (person) to ___NON DETAINED UNIT, OFFICER ON DUTY___
                                              (Name and Title of Case Officer)

at _9495 DELEGATES DRIVE, ORLANDO, FL 32837_ on ___08/12/2019___ at ___08:00 AM___
         (Location of DHS Office)                (Day of each week/month)      (Time)

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

☒ You must not change your place of residence without first securing written permission from the immigration officer listed above.
☒ You must not violate any local, State, or Federal laws or ordinances.
☒ You must assist the Department of Homeland Security in obtaining any necessary travel documents.
☐ Other: _____

☐ See attached sheet containing other specified conditions  (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by the Department of Homeland Security.**

_____
(Signature of DHS Official)

SCOTT E. LINDSAY
PATROL AGENT IN CHARGE (ACTING)
(Printed Name and Title of Official)

## Alien's Acknowledgment of Conditions of Release on Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ___SPANISH___ language) and understand the conditions of my release as set forth in this order. I further understand that if I do not comply with these conditions, the Department of Homeland Security may revoke my release without further notice.

FLORENCIO MONTELLANO
(Signature of Immigration Officer Serving Order)     (Signature of Alien)            7.9.19
                                                                                    (Date)

## Cancellation of Order

I hereby cancel this order of release because:  ☐ The alien failed to comply with the conditions of release.
☐ The alien was taken into custody for removal. _____
                                                   (Signature of Immigration Officer Canceling Order)     (Date)

Form I-220A (Rev. 08/01/07) N



Date: _10/8/19_ Reported to ICE-Miramar ERO/Negative NCIC/NRD _5/12/2020 @ h au_

**Reported to ICE/ERO/ORL**
**Enrolled in CART**

Officer # _MB_ Date: _6/20/23_

## Case Details

| | | |
|---|---|---|
| **A-Number :** 213-249-612 | **Charging Document Date :** 07/09/2019 | **Case Type :** REMOVAL (RMV) |
| **US Entry Date :** 07/09/2019 | **Lead A-Number :** 213-249-612 | **Input Date :** 06/20/2023 |
| **E33 Docket :** NO | **DD:** NO | |
| **Base City :** ORL - IMMIGRATION COURT | **Hearing Loc :** ORLANDO,FL (ORL) | |
| **DHS Loc :** ORLANDO, FLORIDA - AIRPORT (ORL) | | |

| | | |
|---|---|---|
| **Name (L, F) :** RINCON-HERNANDEZ, MIGUEL ANGEL | | **Suffix :** |
| **Alias :** | | **Gender :** Male |
| **Nationality :** VENEZUELA (VE) | **Date of Birth :** 09/10/1983 | |
| **Language :** SPANISH (SP) | **Battered :** NO | |
| **Country :** UNITED STATES OF AMERICA (USA) | **In Care of :** | |
| **Address :** 10919 MOSS PARK RD APT 818 | | |
| **City :** ORLANDO | **State :** FL | **Zip Code :** 32832 |
| **Phone :** (786) 266-1970 | **Email :** | |

**Charges:** 212a06Ai

**Noncitizen Status :** You are an alien in the United States who has not been admitted or paroled

**NTA issued because INA section 235(b)(1) expedited removal order was vacated :**

-- N/A --

| | |
|---|---|
| **Asylum Received Date :** -- N/A -- | **Elapsed Days :** 0 |
| **In Person/ Mail :** Mail | **Grounds :** -- N/A -- |
| **Projected 180th Date :** -- N/A -- | **EAD Clock Status :** -- N/A -- |
| **Hearing Date :** 09/24/2025 | **Hearing Address :** 3535 LAWTON ROAD, SUITE 200 ORLANDO, FL 32803 |
| **Hearing Time :** 8:30 AM | **Webex URL :** -- N/A -- |
| **Hearing Type :** INITIAL MASTER | **Phone Number :** -- N/A -- |
| **Hearing Location :** ORLANDO, FLORIDA | **Access Code :** -- N/A -- |

Signature of DHS Official Forwarding Application

U.S. Department of Homeland Security

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID:366002393

FINS #:1114498051

File No: A213 249 612

DOB: 09/10/1983

Event No:EPS1907000207

In the Matter of:

Respondent:  MIGUEL ANGEL RINCON-HERNANDEZ                                    currently residing at:

10919 MOSS PARK RD UNIT 818   ORLANDO, FLORIDA, UNITED STATES 32832     (786)266-1970

(Number, street, city and ZIP code)                          (Area code and phone number)

☐ 1. You are an arriving alien.

☒ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of VENEZUELA and a citizen of VENEZUELA ;
3. You arrived in the United States at or near EL PASO, TEXAS, on or about July 9, 2019;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:  ☐8CFR 208.30(f)(2)  ☐8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
3535 Lawton Road Suite 200 Orlando FL US 32803

(Complete Address of Immigration Court, including Room Number, if any)

on a date to be set   at a time to be set  to show why you should not be removed from the United States based on the

(Date)             (Time)

charge(s) set forth above.                SCOTT E. LINDSAY        PATROL AGENT IN CHARGE (ACTING)

(Signature and Title of Issuing Officer)

Date: July 09, 2019         Las Cruces, New Mexico

(City and State)

**See reverse for important information**

Form I-862 (Rev. 08/01/07) N

**Notice to Respondent**

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

**Request for Prompt Hearing**

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _____    _____
                                                                    *(Signature of Respondent)*

                                                                    Date: _____

_____
*(Signature and Title of Immigration Officer)*

**Certificate of Service**

This Notice To Appear was served on the respondent by me on ___July 09, 2019___, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

[x] in person          [ ] by certified mail, returned receipt requested          [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[x] Attached is a list of organizations and attorneys which provide free legal services.

The alien was provided oral notice in the _____Spanish_____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

                                                            FLORENCIO MONTELLANO     SENIOR PATROL AGENT

_____          _____
*(Signature of Respondent if Personally Served)*                    *(Signature and Title of officer)*

Form I-862 Page 2 (Rev. 08/01/07) N

**U.S. Department of Homeland Security**

**Notice to EOIR: Alien Address**

Date: July 09, 2019

File No: A213 249 612

Event No: EPS1907000207

To:    Office of the Immigration Judge
       Executive Office for Immigration Review

       3535 Lawton Road Suite 200

       Orlando, FLORIDA

From: Department of Homeland Security

       DISTRICT DIRECTOR 1545 HAWKINS, SUITE 167

       El Paso, TEXAS 79925

       MIGUEL ANGEL RINCON-HERNANDEZ

Respondent:

---

**This is to notify you that this respondent is:**

☐ Currently incarcerated by other than DHS. A charging document has been served on the respondent and an Immigration Detainer - Notice of Action by the DHS (Form I-247) has been filed with the institution shown below. He/She is incarcerated at:

His/Her anticipated release date is:

☐ Currently detained by DHS at:

☐ Currently detained by DHS and transferred this date to a new location:

**DHS motion for change of venue attached.** ☐ Yes    ☐ No

☒ Released from DHS custody on the following condition(s):

    ☐ Personal recognizance

    ☒ Order of recognizance (Form I-220A)

    ☐ Bond in the amount of $ _____    ☐ Surety bond    ☐ Cash bond

    ☐ Other _____

☒ Upon release from DHS custody, the respondent reported his/her address and telephone number will be:

10919 MOSS PARK RD UNIT 818

ORLANDO FLORIDA 32832

786-266-1970

☒ Upon release from DHS custody, the respondent was reminded of the requirements contained in section 239(a)(1)(F)(ii) of the Immigration and Nationality Act and was provided with an EOIR change of address form (EOIR - 33).

SENIOR PATROL AGENT

(Signature of DHS official)                    (Title of DHS official)

FLORENCIO MONTELLANO

Las Cruces, NM

(Printed name of DHS official)                    (Location)

Form I-830 (Rev. 08/01/07) N

213 249 612

U.S. Department of Homeland Security
Immigration and Customs Enforcement

Continuation Page

I-220A

8/12/9

Reported / ICE-ERO / NRD:   August 20, 2019 to Miramar ERO

Date: 6/8/21   Reported to ICE-Miramar ERO/Negative NCIC/NRD  6/8/22 at 10:10 Am

Date: 6/21/22  Reported to Miramar/ICE/ERO/negative NCIC  OFFICER: # 6/20/23 AT 11:00 Am GO

Signature of ICE Official / Title

8/12/9
Date

EOIR
ORLANDO

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ATD ENROLLMENT - NOTICE TO ALIEN

| Name: | Field Office: | A Number: |
|---|---|---|
| Rincon-Hernandez, Miguel Angel | MIA-ORL ERO | 213 249 612 |

Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.

If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under

*18 U.S.C. § 1361 – Whoever willfully injures or commits any depredation against any property of the United States, or of any department or agency thereof, or any property which has been or is being manufactured or constructed for the United States, or any department or agency thereof, or attempts to commit any of the foregoing offenses, shall be punished as follows:*

*If the damage or attempted damage to such property exceeds the sum of $1,000, by a fine under this title or imprisonment for not more than ten years, or both; if the damage or attempted damage to such property does not exceed the sum of $1,000, by a fine under this title or by imprisonment for not more than one year, or both.*

and/or

*18 U.S.C. § 641 – Whoever embezzles, steals, purloins, or knowingly converts to his use or the use of another, or without authority, sells, conveys or disposes of any record, voucher, money, or thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof; or*

*Whoever receives, conceals, or retains the same with intent to convert it to his use or gain, knowing it to have been embezzled, stolen, purloined or converted —*

*Shall be fined under this title or imprisoned not more than ten years, or both; but if the value of such property in the aggregate, combining amounts from all the counts for which the defendant is convicted in a single case, does not exceed the sum of $1,000, he shall be fined under this title or imprisoned not more than one year, or both.*

*The word "value" means face, par, or market value, or cost price, either wholesale or retail, whichever is greater.*

| RECORD OF SERVICE | | |
|---|---|---|
| Served By: (Print Name and Title of Officer)  P. Velez Deportation Officer | | Date:  06/23/2025 |
| Officer's Signature: | Location of Service:  Orlando, FL | |
| Served On: (Alien's Signature) | | Date:  06/23/2025 |

ICE Form 71-071 (10/20)                                                                 Page 1 of 1

10/6/25, 10:00 AM                    FOAS Appointment Confirmation - Field Office Appointment Scheduler 2.0

# Appointment Confirmed:

## Thursday, October 29, 2026 08:00AM (EST)

## Confirmation # FOAS1416785

Please keep this confirmation number for your records.

### Selected Location:

**ORLANDO CO-LO OFFICE (ORL)**
9495 DELEGATES DRIVE
ORLANDO, FL 32837

📞 (407) 440-5100

✉ ICE-ERO-MIA-ORL-ScheduleAppt-SMB@ice.dhs.gov

### Appointment Information:

👤 Name: **RINCON-HERNANDEZ, MIGUEL**

🪪 Alien Number: **213249612**

🪪 Subject ID: **366002393**

🪪 Case ID: **17696249**

ℹ Appointment Type: **Non-Detained Single**

### Appointment Instructions:

**Please bring any Identification Documents with you, to include Passport(s), birth certificate(s), cedula(s) and any immigration related documents. No cell phones are allowed inside the building. Thank you.**