UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIGUEL RINCON HERNANDEZ,

    Petitioner,

v.                                            Case No: 6:26-cv-166-JSS-LHP

LOUIS A. QUINONES, JR.,
IMMIGRATION AND CUSTOMS
ENFORCEMENT, ICE FIELD
OFFICE DIRECTOR FOR THE
ORLANDO FIELD OFFICE, and
UNITED STATES DEPARTMENT
OF HOMELAND SECURITY,

    Respondents.
_____/

## ORDER

Petitioner has filed a pleading titled Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Complaint for Emergency Injunctive and Declaratory Relief. (Dkt. 1.) Petitioner requests his release from the custody of the United States Immigration and Customs Enforcement (ICE) asserting that he "is lawfully present in the United States, possesses a valid Florida driver['s] license, Social Security number, and employment authorization, and has a pending asylum application." (*Id*. at 3.) Petitioner further asserts that he "had valid and approved temporary protected status from 2021 to 2022." (*Id*.) Petitioner is being detained at the Orange County Jail. (*Id*. at 1.) He maintains that his continued detention lacks probable cause, violates due process, and is otherwise unlawful. (*Id*. at 2–4.) Petitioner seeks the following relief:

(1) a writ of habeas corpus directing his immediate release, (2) preliminary injunctive relief prohibiting Respondents from transferring him from the Orange County Jail pending the resolution of this case, (3) a declaration that Petitioner's detention based solely on an ICE detainer is unlawful, and (4) expedited proceedings. (*Id*. at 5.)

Accordingly:

1. To the extent that Petitioner seeks preliminary injunctive relief, he shall file a motion for the relief in compliance with Federal Rule of Civil Procedure 65 and all applicable Local Rules, including Local Rules 1.08, 3.01, and 6.01 or 6.02 as appropriate. The proposed order required by the Local Rules, *see* M.D. Fla. R. 6.01(a)(6); M.D. Fla. R. 6.02(a)(1), shall fully satisfy Federal Rule of Civil Procedure 65(d).

2. The Clerk is **DIRECTED** to send a copy of this order, the petition (Dkt. 1), and all attachments to the petition **electronically** to the United States Attorney for the Middle District of Florida and by **certified mail** to (1) Kristi Noem, Secretary, Office of the General Counsel, United States Department of Homeland Security, 2707 Martin Luther King, Jr. Ave, SE, Washington, D.C., 20528-0485; (2) Garrett Ripa, Miami Field Office Director, United States Immigration and Customs Enforcement, 865 SW 78th Avenue, Suite 101, Plantation, Florida, 33324; and (3) the Warden of the Orange County Jail. All costs of service shall be advanced by the United States.

3. Within twenty-one days from the date of this order, Respondents shall respond to all allegations, grounds, and arguments asserted in the petition and show

cause why the petition should not be granted.

4. Petitioner may file a reply to the response but is not required to do so. Any reply must be filed within ten days after the response is filed. The court will not address new grounds raised in the reply. *See United States v. Evans*, 473 F.3d 1115, 1120 (11th Cir. 2006). Any reply shall not exceed ten pages.

**ORDERED** in Orlando, Florida, on January 23, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Office of the United States Attorney
400 W. Washington Street
Suite 3100
Orlando, Florida 32801

Kristi Noem, Secretary,
Office of the General Counsel,
United States Department of Homeland Security
2707 Martin Luther King, Jr. Ave, SE
Washington, D.C., 20528

Garrett Ripa, Miami Field Office Director,
United States Immigration and Customs Enforcement
865 SW 78th Avenue
Suite 101
Plantation, Florida 33324

USAFLM.Orlando2241@usdoj.gov