UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIGUEL RINCON HERNANDEZ,

    Petitioner,

v.                                          Case No: 6:26-cv-166-JSS-LHP

LOUIS A. QUINONES, JR. ,
IMMIGRATION & CUSTOMS
ENFORCEMENT (ICE) and
HOMELAND SECURITY,

    Respondents.
_____/

**NOTICE OF HEARING**

    PLEASE TAKE NOTICE that an evidentiary hearing before the court is scheduled on Petitioner's Emergency Motion for Temporary Restraining Order (Dkt.7) as set forth below. Petitioner's presence is required.

    **DATE**:    February 5, 2026

    **TIME**:    11:00 A.M.

    **PLACE**:    George C. Young Federal Annex Courthouse, 401 W. Central Boulevard, Courtroom 6C, Orlando, FL 32801

    On or before **February 3, 2026**, the parties shall file their witness and exhibit lists.  If counsel intend to use the courtroom's electronic equipment during the hearing, to ensure the availability of the equipment, counsel must contact chambers at 407-835-4219 on or before February 3, 2026.  Counsel may also schedule an appointment to

attain familiarity with the electronic equipment and confirm compatibility prior to the date of the hearing. On the date of the hearing, each party shall provide the Courtroom Deputy Clerk with the original and two copies of their exhibit list, exhibits, and witness list, as well as a courtesy binder containing same. Additionally, on the date of the evidentiary hearing, each party shall provide the Courtroom Deputy Clerk with a CD or USB drive containing PDF versions of each exhibit.

Finally, the court has currently set aside 1 hour for this hearing. If the parties believe that more time is required, they shall move for additional time on or before **February 3, 2026**.

**ORDERED** in Orlando, Florida, on January 28, 2026.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Immigration and Customs Enforcement
United States Attorney's Office
Orange County Jail / Warden's Office
Florida Soft Side South / Warden's Office
United States Attorney General
Counsel of Record